UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone ~~Settlement~~ *Status* Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

October 31, 2003

*Held* *10:35 am* (*19 mins.*)
*10:16*

10:00 A.M.

---

CASE NO. **3:97CV2558** (JBA) **Taylor v. Armstrong**

✓Derrick Taylor                         Derrick Taylor
Inmate 450914
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

✓Sarah W. Poston
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441

Antoria D. Howard                       John Armstrong, et al.
✓Steven R. Strom
Attorney General's Office
55 Elm St., PO Box 120                  *203· 271- 5135 (Cheshire)*
Hartford, CT 06141-0120
860-808-5450

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Also held in : 3:96 CV 2156 (WFM) - Taylor v. Light*
*3:97CV1973 (OJS) - Taylor v. Rodriguez*
*3:00 CV 302 (EBB) - Taylor v. Armstrong*
*▬▬▬▬▬ Taylor v. Myers*