IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x
:
DERRICK TAYLOR                                        :
:       3:96 CV 2156 (DFM)
V.                                                    :
:
CLAUDE LIGHT ET AL.                                   :       DATE: OCT. 31, 2003
:
------------------------------------------------------x

------------------------------------------------------x
:
DERRICK TAYLOR                                        :
:       3:97 CV 1973 (DJS)(TPS)
V.                                                    :
:
A. RODRIGUEZ ET AL.                                   :       DATE: OCT. 31, 2003
:
------------------------------------------------------x

------------------------------------------------------x
:
DERRICK TAYLOR                                        :
:       3:00 CV 302 (EBB)
V.                                                    :
:
JOHN J. ARMSTRONG ET AL.                              :       DATE: OCT. 31, 2003
:
------------------------------------------------------x

------------------------------------------------------x
:
DERRICK TAYLOR                                        :
:       3:00 CV 787 (AWT)
V.                                                    :
:
LARRY MYERS ET AL.                                    :       DATE: OCT. 31, 2003
:
------------------------------------------------------x

FILED OCT 31 3 43 PM '03 U.S. DISTRICT COURT NEW HAVEN CONN.

AO 72A
(Rev. 8/82)

## MEMORANDUM OF STATUS CONFERENCE

Date of Conference: October 31, 2003

Attorneys Present:  Sarah Poston, Esq. (*Pro Bono* Counsel For Plaintiff)(by telephone)
Mr. Derrick Taylor (by telephone)

Steven Strom, Esq. (For Defendants)(by telephone)

### DISCUSSIONS

Brief discussions were held regarding plaintiff's *pro se* Motions to Enforce Settlement, filed in August-September 2003 (Light, Dkt. #67; Rodriguez, Dkt. #47; Armstrong, Dkt. #30; Myers, Dkt. #28). Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, plaintiff's counsel will file supplemental briefs in support of plaintiff's motions **on or before December 12, 2003**, defendants will file their briefs in opposition **on or before January 12, 2004**, and plaintiff may file a reply brief **on or before January 23, 2004**.

2. After review of these briefs, the Magistrate Judge will determine if an evidentiary hearing is necessary, as argued by plaintiff, or if the issues can be determined on the papers, as argued by defendants.

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 31st day of October, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

2