IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
MAR 29  4 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------x

DERRICK TAYLOR

V.

CLAUDE LIGHT ET AL.

3:96 CV 2156 (DFM)

DATE: MAR. 26, 2004

------------------------------------------------x

------------------------------------------------x

DERRICK TAYLOR

V.

A. RODRIGUEZ ET AL.

3:97 CV 1973 (DJS)(TPS)

DATE: MAR. 26, 2004

------------------------------------------------x

------------------------------------------------x

DERRICK TAYLOR

V.

JOHN J. ARMSTRONG ET AL.

3:00 CV 302 (EBB)

DATE: MAR. 26, 2004

------------------------------------------------x

------------------------------------------------x

DERRICK TAYLOR

V.

LARRY MYERS ET AL.

3:00 CV 787 (AWT)

DATE: MAR. 26, 2004

------------------------------------------------x

ORDERS

By agreement of counsel, plaintiff's pro se Motions to Enforce Settlement Agreement (Light, Dkt. #67; Rodriguez, Dkt. #47; Armstrong, Dkt. #30; Myers, Dkt. #28), are hereby denied without prejudice as moot.

Dated at New Haven, Connecticut, this 26th day of March, 2004.

Joan Glazer Margolis
U.S. Magistrate Judge