IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
                                                      :
DERRICK TAYLOR                                        :
                                                      :     3:96 CV 2156 (DFM)
                                                      :
V.                                                    :
                                                      :
CLAUDE LIGHT ET AL.                                   :     DATE: MAY 8, 2007
                                                      :
------------------------------------------------------x

------------------------------------------------------x
                                                      :
DERRICK TAYLOR                                        :
                                                      :     3:97 CV 1972 (DFM)
                                                      :
V.                                                    :
                                                      :
REMI ACOSTA                                           :     DATE: MAY 8, 2007
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
DERRICK TAYLOR                                        :
                                                      :     3:97 CV 1973 (DJS)(TPS)
                                                      :
V.                                                    :
                                                      :
A. RODRIGUEZ ET AL.                                   :     DATE: MAY 8, 2007
                                                      :
------------------------------------------------------x

------------------------------------------------------x
                                                      :
DERRICK TAYLOR                                        :
                                                      :     3:00 CV 302 (EBB)
                                                      :
V.                                                    :
                                                      :
JOHN J. ARMSTRONG ET AL.                              :     DATE: MAY 8, 2007
                                                      :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
DERRICK TAYLOR                                        :
                                                      :     3:00 CV 787 (AWT)(DFM)
                                                      :
V.                                                    :
                                                      :
LARRY MYERS ET AL.                                    :     DATE: MAY 8, 2007
                                                      :
------------------------------------------------------x
```

## ORDERS

By agreement of counsel, plaintiff's pro se Motions to Enforce Settlement and/or Withdraw from Settlement Agreements of 2001 and 2002 (Light, Dkt. #71; Acosta, Dkt. #51; Rodriguez, Dkt. #51; Armstrong, Dkt. #34; Myers, Dkt. #32), are hereby denied without prejudice to renew, in light of the continuing settlement discussions from the productive settlement conference, held on May 3, 2007.

Dated at New Haven, Connecticut, this 8th day of May, 2007.

                                                   _/s/_____
                                                  Joan Glazer Margolis
                                                  U.S. Magistrate Judge